# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

September 15, 2025

**VIA ECF AND EMAIL**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   *U.S. v. Iberson Jimenez,*
**24 CR 231 (KMK)**

Dear Judge Karas:

I represent Iberson Jimenez in the above-referenced matter. Sentencing is currently scheduled for September 25, 2025. The purpose of this letter is to respectfully request a 90-day adjournment of the sentencing. The Probation Department has informed counsel that the final PSR will not be filed until October 7, 2025. Additionally, counsel is still in the process of gathering documents and letters of support from Mr. Jimenez's family and friends, which are to be included in his sentencing submission. An adjournment of 90 days will provide sufficient time for the final PSR to be disclosed and for counsel to receive the necessary materials from Mr. Jimenez. This is counsel's first request for an adjournment of the sentencing and the Government consents to this request. Counsel and the Government have communicated and both parties are available between December 8, 2025, and December 18, 2025. Accordingly, it is respectfully requested that the sentence be adjourned to a date between December 8 and December 18, 2025, or a date that is convenient to the Court. The Court's time and consideration of this matter are greatly appreciated.

Granted. Sentence is re-scheduled
for 12/ 5 /25, at 2:00

So Ordered.
9/15/25

Respectfully submitted,

/s/

Margaret M. Shalley, Esq.

cc:   All counsel
      (*via ECF & email*)

1