UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        -v-                                   24 CR 00231 (KMK)

IBERSON JIMENEZ,

---

Karas, J.

## ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE
## A U.S. MAGISTRATE JUDGE

      On June 11, 2025, United States Magistrate Judge Judith C. McCarthy presided over the plea allocution in the above captioned matter and reported and recommended that the named defendants plea of guilty be accepted. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges defendant guilty of the offense(s) to which the guilty plea was offered. The Clerk is directed to enter the plea.

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.

Dated: September 15, 2025
      White Plains, NY