# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 23, 2026

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:    *United States v. Iberson Jimenez*
>        **24 Cr. 231 (KMK)**

Dear Judge Karas:

I represent Iberson Jimenez, the defendant in the above-referenced matter. Sentencing is currently scheduled for February 12, 2026. The purpose of this letter is to respectfully request a 30-day adjournment of the sentencing. Counsel is still waiting on some letters of support from Mr. Jimenez's family and friends and translating the letters to English. An additional 30 days will provide time for counsel to obtain those letters, prepare a submission and review it with the client. This is counsel's third request for an adjournment of the sentencing. The first two requests were granted and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing for 30 days, to the week of March 16, 2026, or a date that is convenient to the Court. The Court's time and attention to this matter are greatly appreciated.

Sentence is adjourned to 4/ 2 /26,
at    2 : 00

Respectfully submitted,

So Ordered.

1/24/26

/ s /

Margaret M. Shalley

cc:    All counsel (*via ECF*)

1