# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

April 16, 2026

**VIA ECF & EMAIL**
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

                    Re:    *United States v. Iberson Jimenez*
                           **24 Cr. 231 (KMK)**

Dear Judge Karas:

I represent Iberson Jimenez, the defendant in the above-referenced matter. Sentencing is currently scheduled for April 23, 2026. The purpose of this letter is to respectfully request an adjournment of the sentencing date to a date in mid-June.

Counsel met with Mr. Jimenez on Tuesday, who informed her that he is engaged in GED coursework that is expected to conclude in June. This program is relevant to the Court's assessment of Mr. Jimenez's history and characteristics and his post-offense rehabilitation under 18 U.S.C. § 3553(a). A brief adjournment would allow Mr. Jimenez additional time to continue his coursework, which may bear on the Court's evaluation of his rehabilitative efforts at sentencing. This is counsel's third request for an adjournment of the sentencing. The first two requests were granted and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing to mid-June. The Court's time and consideration of this matter are greatly appreciated.

Granted.

The sentence is adjourned to 6/ *30* /26, at *2:00*

So Ordered.    4/16/26

cc: All Counsel (*via ECF*)

Respectfully submitted,

/ s /

Margaret M. Shalley