UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

United States of America,

-against-

ORDER

Docket No. 24 CR 00231 (KMK)

Iberson Jimenez,

Defendant.

-----------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

Lorraine Gauli-Rufo, Esq., is to assume representation of the defendant in the above captioned matter as of July 20, 2026. Ms. Lorraine Gauli-Rufo is appointed pursuant to the Criminal Justice Act. Her address is Lgr Law, LLC, 6 Pompton Avenue, Suite 25, Cedar Grove, NJ 07009; phone number (973) 239-4300; Email: Lorraine@lgrlawgroup.com

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
July 21, 2026