LGR
LAW, LLC
FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

September 25, 2026

*Via ECF*
Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. Iberson Jimenez*
Case No. 24-CR-00231 (KMK)

Dear Judge Karas:

I was substituted in pursuant to the Criminal Justice Act ("CJA") to represent Defendant Iberson Jimenez on July 20, 2026. This is a multi-defendant RICO conspiracy case. Given the anticipated duration of this matter, and the financial burden associated with delayed reimbursement for an extended period of representation, I respectfully request permission to submit interim CJA vouchers for myself and the members of my defense team.

Your Honor's time and consideration of this letter motion is greatly appreciated.

Granted.

So Ordered.

9/28/26

Respectfully submitted,

Lorraine Gauli-Rufo
*Attorney for Iberson Jimenez*

Enclosure

cc: Jared D Hoffman, AUSA
Justin L. Brooke AUSA